**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CINDY KLEGER,** | |
| *Plaintiff*, | |
| v. | **Case No.: 1:24-CV-00095 JMC** |
| **DORCHESTER COUNTRY, MD,** | |
| *Defendant*. | |

**LINE OF NOTICE OF VOLUNTARY DISMISSAL**
**AS TO DEFENDANT DON SATTERFIELD ONLY**

COMES NOW the Plaintiff, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice Don Satterfield as a party in this matter. All other defendants named in the operative complaint(s) shall remain as parties and all claims against these remaining parties shall remain pending.

Respectfully submitted,

HANSEL LAW, PC

*/s/ Kristen M. Mack*
Cary J. Hansel (Bar No.: 14722)
Kristen M. Mack (Bar No.: 30349)
cary@hansellaw.com
kmack@hansellaw.com
2514 North Charles Street
Baltimore, MD 21218
T: 301-461-1040
F: 443-451-8606
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 3rd, 2024, I caused the foregoing to be filed via the Court's electronic filing system, which will make service on all parties entitled to service.

*/s/ Kristen M. Mack*
Kristen M. Mack
